**Order filed, March 19, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00010-CV
_____

### KING FUELS, INC, Appellant

### V.

### AUSTIN PETROLEUM, INC. D/B/A COBRA TRUCK STOP, BABAR H. HASHIM; AIMS STORES, LLC, ABDUL KHADER AKA MOHAMMED ABDUL KHADER, ALEXANDER OIL COMPANY AND LEE OIL, INC., Appellee

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-31771**

## ORDER

The reporter's record in this case was due **February 5, 2013**. *See* Tex. R. App. P. 35.1. On February 8, 2013, this court granted **Rhonda Armbruster's** motion for extension of time to file the reporter's record until **March 7, 2013**. The court has not received a request to extend time for filing the record. The record has

not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Rhonda Armbruster**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM